1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN D. BRYANT,                              No.  2:14-cv-2582 CKD P

12                  Plaintiff,

13         v.                                       ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION,

16                  Defendant.

17

18        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has

19    ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

20    cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional

21    circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §

22    1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900

23    F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required

24    exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be

25    denied.

26    /////

27    /////

28    /////

                                                  1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of

2   counsel (ECF No. 5) is denied.

3   Dated:  December 1, 2014

4                                                                   _____
                                                                    CAROLYN K. DELANEY
5                                                                   UNITED STATES MAGISTRATE JUDGE

6

7

8   2/kly
    brya2582.31
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                        2

1