UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | No. 2:14-cv-2582 CKD P<br><br><br>ORDER |

By order filed November 7, 2014, plaintiff was granted thirty days to file a complaint that complied with the Federal Rules of Civil Procedure and to either pay the filing fee or submit an in forma pauperis application. (ECF No. 3.) Plaintiff was advised that failure to comply with this order would result in the dismissal of this action. (Id.) Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302. (ECF No. 4.) The thirty day period has now expired, and plaintiff has not filed a complaint, paid the filing fee, or submitted an application to proceed in forma pauperis.

////

////

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 | <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3 | Dated: December 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10 | 2 / brya2582.fta

2